IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BARBARA BONESSI                                                                           PLAINTIFF

v.                                    No. 4:19-cv-567-DPM

GEORGE GLEASON; NICHOLAS
BROWN; PAULA H. J.
CHOLMONDELEY; BEVERLY COLE;
ROBERT EAST; KATHLEEN
FRANKLIN; CATHERINE B.
FREEDBERG; JEFFREY J. GEARHART;
PETER C. KENNY; WILLIAM J.
KOEFOED, JR.; WALTER MULLEN III;
CHRISTOPHER ORNDORFF; ROBERT
PROOST; JOHN REYNOLDS; STEVEN
SADOFF; ROSS M. WHIPPLE; GREG
MCKINNEY; TIM HICKS; DAN
THOMAS; TYLER VANCE; LINDA
GLEASON; JOHN CARTER; DARREL
RUSSELL; RICHARD CISNE; and BANK
OF THE OZARKS, INC., *also known as*
BANK OZK.                                                                                  DEFENDANTS

JUDGMENT

The amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 September 2020